No. 10–6356. PEMBROOK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6372. GRIFFIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6824. DONOFRIO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–6964. WILSON *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. C. A. 7th Cir. Certiorari denied.

No. 10–7060. ARANGO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7187. KJONAAS ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7385. FONTENOT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7397. SCURLOCK-FERGUSON *v.* CITY OF DURHAM, NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 10–7414. NOBLE, AKA SOTO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7443. BETHEA *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–7543. WALDON *v.* WILKINS ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–7622. WILLIAMS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–7781. MARTINEZ GARCIA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–7813. ALFARO-MONCADA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7816. DAVIS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.